UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| GARY D. CHEUVRONT, | Case No. 3:11-cv-01087-HA |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

HAGGERTY, District Judge:

Based upon the record, IT IS HEREBY ORDERED AND ADJUDGED that the final decision of the Commissioner denying plaintiff Gary D. Cheuvront's application for benefits is REVERSED and REMANDED for an award of benefits.

IT IS SO ORDERED.
DATED this 5 day of September, 2012.

ANCER L. HAGGERTY
United States District Judge