Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
316 Second Rd.
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**GARY D. CHEUVRONT**

      Plaintiff,

      v.

**MICHAEL J. ASTRUE**
Commissioner of Social Security,

      Defendant.

3:11-CV-01087-HA

ORDER FOR EAJA
ATTORNEY FEES

---

      Based upon the stipulation of the parties, it is hereby ORDERED that

Plaintiff is awarded attorney fees in the amount of $5,023.87 subject to any offset

allowed under the Treasury Offset Program, as discussed in Astrue v. Ratliff, _ U.S. _

(2010), payment of this award shall be made via check sent to Alan Graf's address:

Alan Stuart Graf, PC, 316 Second Rd., Summertown, TN 38483.

      It is so ORDERED

      Dated this _3_ day of_oct_ 2012

_____
United States District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-1